# United States Bankruptcy Court
## Western District of Louisiana

In re **Hospitalist Services of Georgia, PC** Debtor(s)

Case No. **26-50741**
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hospitalist Services of Georgia, PC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bruce Whitman, DO**
**9822 NW 14th Ct**
**Pompano Beach, FL 33071**

☐ None [*Check if applicable*]

**August 20, 2026**
Date

**/s/ Tom St. Germain**
**Tom St. Germain 24887**
Signature of Attorney or Litigant
Counsel for **Hospitalist Services of Georgia, PC**
**Weinstein & St. Germain**
**1103 West University Ave**
**Lafayette, LA 70506**
**(337) 235-4001 Fax:(337) 235-4020**